UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| CLAUDIA MARTINEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:21-cv-00304 |
| § | |
| AMERICAN SAVINGS LIFE § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

The Court hereby renders final judgment in this case in accordance with Federal Rules of Civil Procedure 54 and 58. The Court holds that the doctrine of res judicata bars all of Plaintiff's claims in this case.[1] Accordingly, the Court **DISMISSES WITH PREJUDICE** all of Plaintiff's claims.[2] This final judgment resolves all issues in this case. Each party to this proceeding is to bear its own costs and fees. Any relief not expressly granted in this final judgment is hereby **DENIED**. All deadlines and conferences in this case are **CANCELLED** and any pending motion, request, or other matter is **DENIED AS MOOT**. This is a final judgment for which execution may issue as allowed by law. This case is terminated and the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 15th day of September 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] *See* Dkt. No. 9.
[2] *See* Dkt. No. 1.